373 A.2d 1134

Commonwealth v. Randle, Appellant.

Argued March 14, 1977.   Allen H. Smith, for appellant;   Floyd P. Jones, Assistant District Attorney, with him Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.